209 P.3d 1233

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Fresch v. Estate of Tavares .......... 28273 | 06/04/2009 | Denied | — Hawai'i ——, — P.3d —— |
| Grandinetti v. U.T.M.F. Garcia, FDC/SCC ...................... 29308 | 06/12/2009 | Denied | |
| Killion v. State ................... 29077 | 06/03/2009 | Denied | 120 Hawai'i 115, 201 P.3d 628 |
| Okamura v. C.T.C. Const. Co. ..... 28412 | 06/04/2009 | Denied | 119 Hawai'i 467, 198 P.3d 730 |
| State v. Tierney ................. 29596 | 06/16/2009 | Denied | |
| United Public Workers, AFSCME, Local 646, AFL-CIO, In re ...... 28858 | 06/30/2009 | Denied | 120 Hawai'i 49, 200 P.3d 418 |
| Walden v. Flanigan .............. 28807 | 06/09/2009 | Denied | 119 Hawai'i 467, 198 P.3d 730 |